# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2015

## NO. 03-15-00254-CV

**Combined Financial Holdings Trust, Appellant**

**v.**

**The County of Bastrop, Texas, Appellee**

**APPEAL FROM 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on March 25, 2015. Having reviewed the record, it appears to the Court that appellant has failed to prosecute its appeal by failing to pay or make arrangements to pay for the clerk's record. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.